Opinion issued December 22, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00717-CV

———————————

 

In Re
Cypress Texas Lloyds, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION

In this
original proceeding, Relator Cypress Texas Lloyds seeks relief from a trial
court order denying its request to abate the case pending an appraisal.  

We deny the petition for writ of
mandamus.[1]

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.











[1]
          The underlying case is Scott v. Cypress Texas Lloyds et al.,
No. 2010-45498 in the 11th District Court of Harris County, the Honorable Mike
Miller presiding.